

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SEAN PARK, | ) | Case No. CV 14-6867 FMO (JCx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| A'GACI, LLC, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's Orders Re: Plaintiffs' Application for Default Judgment, IT IS ADJUDGED that:

1.  Default judgment shall be entered in favor of plaintiff Sean Park and against defendants A'gaci, LLC ("A'gaci"), Beyond Trends, Inc. d/b/a Beyond Trends Store ("Beyond Trends"), and Eung Weol Han d/b/a Hammer Graphic a/k/a Magic Graphic ("Han"), jointly and severally, in the total amount of $3,000.00 in statutory damages under 17 U.S.C. § 504(c)(1). Defendants A'gaci, Beyond Trends, and Han are also ordered to pay pre-judgment and post-judgment interest, as well as costs in the amount of $1,245.75 and attorney's fees in the amount of $500.00.

2.  Default judgment shall also be entered in favor of plaintiff Sean Park and against defendant Han Clothing, Inc. d/b/a The Classic ("Classic"), in the total amount of $1,500.00 in statutory damages under 17 U.S.C. § 504(c)(1). Defendant Classic is also ordered to pay pre-

judgment and post-judgment interest, as well as costs in the amount of $1,245.75 and attorney's fees in the amount of $350.00.

3. Defendants A'gaci, Beyond Trends, Han, Classic, and their officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon the Copyrighted Design, either directly or contributorily, in any manner, including but not limited to:

(A)   Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products which bear marks identical and/or confusingly similar to the Copyrighted Design;

(B)   Using the Copyrighted Design or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

(C)   Passing off, inducing or enabling others to sell or pass off any products or other items that are not plaintiff's genuine merchandise as genuine merchandise bearing plaintiff's Copyrighted Design;

(D)   Committing any other acts calculated to cause purchasers to believe that defendants A'gaci, Beyond Trends, Han, and Classic's products are genuine merchandise bearing plaintiff's Copyrighted Design unless they are such;

(E)   Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the Copyrighted Design, or any reproduction, counterfeit, copy or colorable imitation thereof.

(F)   Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (A) to (E) above.

4. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make them operative in any future proceedings.

Dated this 26th day of January, 2015

_____
/s/
Fernando M. Olguin
United States District Judge

2